IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARYL SHIZUN SAKUGAWA, ET AL.,, ) | CV 10-00028 JMS BMK |

DARYL SHIZUN SAKUGAWA, ET )
AL.,,                        )
                             )
            Plaintiff(s),    )
                             )
    vs.                      )
                             )
MORTGAGE ELECTRONIC          )
REGISTRATION SYSTEMS, INC.,  )
ET AL.,                      )
            Defendant(s).
_____

CV 10-00028 JMS BMK

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION</u>

Findings and Recommendation having been filed and served on all parties

on May 2, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and

Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 23, 2011.



 /s/ J. Michael Seabright
J. Michael Seabright
United States District Judge